Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
KIMBERLY HUNT-SYKES

Case No. 08-16457
Account No. 22793913

BANK OF AMERICA NA
7105 CORPORATE DR
PLANO, TX 75024-4100

KIMBERLY HUNT-SYKES
PO BOX 4714
NAPERVILLE, IL 60567

ROBERT J SEMRAD & ASSOC
20 S CLARK ST   28TH FL
CHICAGO, IL 60603-1811

### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on February 28, 2013.

/S/ Marifran Smith

For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on March 19, 2013.

/S/ Marifran Smith

For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888